ment unanimously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ MARGARET MEAD et al., Appellants, v STATE OF NEW YORK, Respondent. (Appeal No. 15.) (Claim No. 63611.)—Judgment unanimously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ NIAGARA MOHAWK POWER CORPORATION, Appellant, v STATE OF NEW YORK, Respondent. (Appeal No. 16.) (Claim No. 65637.)—Judgment unanimously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ FRANK PAGANO, Doing Business as SUNY'S PLACE, Appellant, v STATE OF NEW YORK, Respondent. (Appeal No. 17.) (Claim No. 63474.)—Judgment unanimously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ PEARCE AUTO SUPPLY, INC., et al., Appellants, v STATE OF NEW YORK, Respondent. (Appeal No. 18.) (Claim No. 65661.)—Judgment unanimously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ CHARLES SEDOTA et al., Appellants, v STATE OF NEW YORK, Respondent. (Appeal No. 19.) (Claim No. 63593.)—Judgment unanimously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ LEONARD SMITH et al., Appellants, v STATE OF NEW YORK, Respondent. (Appeal No. 20.) (Claim No. 65646.)—Judg-